**4**

**Charles D. BARRY et al., Plaintiffs in Error, v. R. M. BAILEY COMPANY, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. June 1, 1926.)

No. 361.

In Error to the District Court of the United States for the Southern District of New York.

Fraser, Speir & Meyer (Schuyler M. Meyer and John L. Dunn, both of New York City, of counsel), for plaintiffs in error.

Booth & Hewitt, of New York City (Enos S. Booth, of New York City, of counsel), for defendant in error.

Before ROGERS, HOUGH, and HAND, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.